# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Claudia Jerusely Rodriguez Fuentes,

    Petitioner

v.

Itzhak Henn, et al.,

    Respondents

Case No. 2:25-cv-00846-CDS-DJA

**Service Order**

[ECF No. 1]

    Petitioner Claudia Jerusely Rodriguez Fuentes, who is in immigration custody, has filed a counseled petition for federal habeas corpus relief under 28 U.S.C. § 2241. ECF No. 1. Following a preliminary review of the petition under the Rules Governing Section 2254 Cases,[1] I direct that the petition be served on the respondents.

    It is therefore kindly ordered that the Clerk of Court:

1. <u>**DELIVER**</u> a copy of the petition (ECF No. 1) and this Order to the U.S. Marshal for service.

2. <u>**SEND VIA REGISTERED OR CERTIFIED MAIL**</u> a copy of the petition (ECF No. 1) and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to: (1) Itzhak Henn, 223 Lead Street, Henderson, NV 89015; (2) Michael Bernacke, 2975 Decker Lane Drive, Suite 100, West Valley City, UT 84119-6096; and (3) Kristi Noem, 950 Pennsylvania Ave., NW Washington, DC 20530.

    It is further ordered that the U.S. Marshal <u>**SERVE**</u> a copy of the petition (ECF No. 1) and this order on the United States Attorney for the District of Nevada or on an Assistant United

---

[1] I exercise my discretion to apply the rules governing § 2254 petitions to this § 2241 action. (Habeas Rule 1(b).)

States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is further ordered that counsel for the respondents file a notice of appearance by July 3, 2025, and file and serve their response to the petition by July 25, 2025, unless additional time is allowed for good cause shown.

It is further ordered that Rodriguez Fuentes has fifteen days following the filing of the response to file a reply, if desired.

It is further ordered that Local Rule 7-2(b) governs the scheduling for responses and replies to motions filed by either party.

Dated: June 25, 2025

_____
Cristina D. Silva
United States District Judge