# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Claudia Jerusely Rodriguez Fuentes,<br><br>           Petitioner<br><br>v.<br><br>Itzhak Henn, et al.,<br><br>           Respondents | Case No. 2:25-cv-00846-CDS-DJA<br><br>**Order Approving Stipulation for Extension of Time**<br><br>[ECF No. 14] |

Petitioner and respondents have filed a stipulation for an extension of time for respondents to file their response to the petition in this matter. ECF No. 14. This is the first request for an extension of this deadline. I find good cause exists to approve the stipulation.

It is therefore ordered that the stipulation **[ECF No. 14] is approved**. Respondents have up to and including August 1, 2025, to file their response.

Dated: July 29, 2025

_____
Cristina D. Silva
United States District Judge