# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Claudia Jerusely Rodriguez Fuentes,<br><br>　　　　　Petitioner<br><br>v.<br><br>Itzhak Henn, et al.,<br><br>　　　　　Respondents | Case No. 2:25-cv-00846-CDS-DJA<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 16] |

Respondents have filed a motion for a 7-day extension of time to file their response to the petition in this matter. ECF No. 16. This is the second request for an extension of this deadline. I find good cause exists to grant the motion.

It is therefore ordered that the motion **[ECF No. 16] is granted**. Respondents have up to and including August 8, 2025, to file their response.

Dated: August 5, 2025

_____
Cristina D. Silva
United States District Judge