UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Claudia Jerusely Rodriguez Fuentes, | Case No. 2:25-cv-00846-CDS-DJA |
| Petitioner | **Order Granting Motion for Extension of Time** |
| v. | |
| Itzhak Henn, et al., | [ECF No. 18] |
| Respondents | |

Respondents have filed a motion for a 1-business-day extension of time to file their response to the petition in this matter. ECF No. 18. This is the third request for an extension of this deadline. I find good cause exists to grant the motion.

It is therefore ordered that the motion **[ECF No. 18] is granted**. Respondents have up to and including August 11, 2025, to file their response.

Dated: August 11, 2025

_____
Cristina D. Silva
United States District Judge